LOUIS W. ZELTNER v. WILLIAM FAUVER, ET AL.

May 20, 1986.

Petition for certification denied.

MARY PHILLIP v. ATLANTIC GLASS COMPANY.

May 20, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. IKE WILLIAMS.

May 20, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN HACHLICA.

May 20, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. BRIAN EVERETT.

May 20, 1986.

Petition for certification granted.